# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40636
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2014

Lyle W. Cayce
Clerk

CHRISTOPHER BLACKWELL,

Plaintiff-Appellant

v.

TROY G. FOX, Parole Commissioner; JAMES HENSARLING, Parole Commissioner; MANDATORY SUPERVISION BOARD MEMBERS,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:13-CV-297

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

　　Christopher Blackwell, Texas prisoner # 1757862, appeals the dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim upon which relief can be granted. The district court concluded that Blackwell's claim that he was unconstitutionally denied release to mandatory supervision was barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Blackwell has failed to assign as error

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40636

or brief the basis of the district court's dismissal.  As such, he has abandoned review of the dismissal of his complaint for failure to state a claim.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty., Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED; MOTION TO FILE SUPPLEMENTAL BRIEF GRANTED.